# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Charles Mojapelo )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>National Passenger Railroad Corp., )<br>a/k/a Amtrak )<br>)<br>Defendant. ) | Case Number: 18-1135 |

### JUDGMENT IN A CIVIL CASE

☒ **DECISION BY THE COURT.**   This action came before the Court and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that this case is DISMISSED WITHOUT PREJUDICE for failure to comply with the Court's directive.

Dated: 4/26/2018



s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court